UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**          Date:      June 29, 2020

vs.                                              Case No.:    20-03050-07-CR-S-BP

**KEVIN L. MOSS**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**   Arraignment
                              Detention Hearing
                              Scheduling Conference

**Time Commenced:**  10:43 a.m.                       **Time Terminated:**  10:56 a.m.

### APPEARANCES

**Plaintiff:**    Jessica Keller, AUSA
**Defendant:**    Shane Cantin, CJA
**USPPTS:**       Jamie Woods

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

    *Arraignment*: Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.

    *Scheduling Conference*: A scheduling order setting forth discovery deadlines will be entered by the Court. Case placed on the next Joint Criminal Trial Docket.

    *Detention Hearing*: The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 91). Proffer and arguments made regarding Defendant's custody. The Court takes matter of detention under advisement and will issue a written order.

    **Defendant in custody.**

**Courtroom Deputy/ERO: Karen Siegert**